1  Renee C. Feldman, Bar No. 253877
   rfeldman@littler.com
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard
   Suite 600
4  Walnut Creek, California  94597
   Telephone:    925.932.2468
5  Fax No.:      925.946.9809

6  Attorneys for Defendant
   C&W FACILITY SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 NILES BREITHAUPT,                          Case No. 2:22-cv-01482-JAM-KJN

12          Plaintiff,                        **STIPULATION AND ORDER OF
                                              DISMISSAL WITH PREJUDICE OF
13      v.                                    ENTIRE ACTION**

14 C&W FACILITY SERVICES, INC.,  a
   Massachusetts corporation; and DOES 1 through
15 50, inclusive,

16          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the Parties to this action that the above action be and hereby is dismissed with prejudice in its entirety, as to all claims and all defendants, with each party to bear his or its own attorney's fees and costs.

Dated:   November 13, 2023                    */s/ Matthew Ruggles* (as authorized on 11/13/23)
                                                                    MATTHEW J. RUGGLES
                                                                    RUGGLES LAW FIRM
                                                                    Attorneys for Plaintiff
                                                                    NILES BREITHAUPT


Dated:   November 14, 2023                    */s/ Renee Feldman*
                                                                    RENEE C. FELDMAN
                                                                    LITTLER MENDELSON P.C.
                                                                    Attorneys for Defendant
                                                                    C&W FACILITIES SERVICES, INC.


## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.


Dated: November 17, 2023                    /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    SENIOR UNITED STATES DISTRICT JUDGE